# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH Gab USERNAME natsat AT gab.com/natsat THAT IS STORED AT PREMISES CONTROLLED BY Gab AI, Inc. | Case No.   19-sw-5874-KMT |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the __State and__ District of __Colorado or else__where   *(identify the person or describe property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit
The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit
The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

   **X**  evidence of a crime;

   **X**  contraband, fruits of crime, or other items illegally possessed;

   **X**  property designed for use, intended for use, or used in committing a crime;

   ☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. §§ __2252 and 2252A__, and the application is based on these facts: **X**  Continued on the attached affidavit, which is incorporated by reference.

   ☐  Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/ Adam L. Krob*
*Applicant's signature*

Adam L. Krob, Special Agent
*Printed name and title*

Sworn to before me and:   ☐ signed in my presence.
   ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **Sep 10, 2019**

*Judge's signature*
**Kathleen M. Tafoya**
**United States Magistrate Judge**
*Printed name and title*

City and state:   Denver, CO

## ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Gab account with username "natsat" at gab.com/natsat that is stored at premises owned, maintained, controlled, or operated by Gab AI, Inc., a company headquartered in Essex, CT.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Gab AI, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Gab AI, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Gab AI, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Gab AI, Inc. is required to disclose the following information to the government for each account listed in Attachment A:

   a.   All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

   b.   All past and current usernames, account passwords, and names associated with the account;

   c.   The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

   d.   All IP logs and other documents showing the IP address, date, and time of each login to the account;

   e.   All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

   f.   All communications sent and received by the account, and all photographs or images included in those communications;

Gab AI, Inc. is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Sections 2252(a)(1), (2), and (4), and 2252A(a)(1), (2), (3), and (5) (hereinafter "Subject Offenses") involving Wesley David GILREATH since January 27, 2015, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a)     The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s);

(b)     Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the Subject Offenses and the Account subscriber;

(c)     Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

(d)     Evidence indicating the subscriber's state of mind as it relates to the Subject Offenses; and

(e)     Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts.

(f)     Images or visual depictions of child pornography;

(g)     Records and information containing child erotica, including texts, images and visual depictions of child erotica;

(h)     Any and all information, notes, documents, records, or correspondence, in any format and medium, pertaining to violations of the Subject Offenses;

(i)     Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to child pornography or sexual activity with or sexual interest in minors;

(j)     Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning Internet activity reflecting a sexual interest in minors or child pornography;

(k)     Any and all information, notes, documents, records, or correspondence, in any form and medium pertaining to any minor who is, or appears to be, the subject of any visual depiction of child pornography, child erotica, sexual activity with other minors or adults, or of sexual interest, or that may be helpful in identifying any such minors;

(l)     Any and all address books, names, and lists of names and addresses of individuals who may have been contacted for the purpose of committing violations of the Subject Offenses;

(m)    Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning membership in online groups, clubs, or services that provide or make accessible child pornography;

(n)     Any and all information, records, documents, invoices and materials, in any format or medium, that concern any accounts with an Internet Service Provider pertaining to violations of the Subject Offenses;

(o)     Any and all information, documents, records, photos, videos, or correspondence, in any format or medium that aid in the identification of persons involved in violations of the Subject Offenses;

3

(p) Credit card information, bills, and payment records pertaining to violations of the Subject Offenses;

(q) Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to violations of the Subject Offenses;

(r) Evidence of who used, owned, or controlled the Account to commit or facilitate the commission of the crimes described, or at the time the things described in this warrant were created, edited, or deleted, including photographs, videos, logs, call logs, phonebooks, address books, contacts, IP addresses, registry entries, configuration files, saved usernames and passwords, documents, calendars, browsing history, search terms, metadata, user profiles, e-mail, e-mail contacts, messages (text or voice), instant messaging logs, file structure and correspondence;

(s) Evidence of how and when the Account was used or accessed to determine the chronological context of account access, use, and events relating to the Subject Offenses;

(t) Contextual information necessary to understand the evidence described in this attachment.