**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Adam L. Krob, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Gab account that is stored at premises owned, maintained, controlled, or operated by Gab AI, Inc, an electronic service provider (ESP) company headquartered in Essex, CT. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Gab AI Inc. to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the Gab accounts.

2.      I am a Special Agent of the Federal Bureau of Investigation, and have been since 2004.  I am currently assigned to the Denver FBI Child Exploitation Task Force.  I have received training in Crimes Against Children investigations and am familiar with child pornography investigations and the Innocent Images National Initiative.  As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.  I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children.  As part of my training and experience, I have reviewed images containing child pornography in a variety

of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images).

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that the information described in Attachment A contains evidence, contraband, instrumentalities, and/or fruits of violations of Title 18, United States Code, Sections 2252 and 2252A (hereinafter "Subject Offenses"), as described in Attachment B.

## DEFINITIONS

1.      The following definitions apply to this affidavit and Attachment B.

2.      "Child pornography" includes the definition in 18 U.S.C. § 2256(8) - any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

3.      "Visual depictions" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image *see* 18 U.S.C. § 2256(5).

2

4.      "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions.

5.      "IP Address" means Internet Protocol address, which is a unique numeric address used by computers on the Internet.  Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses.  Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

6.      "Internet" means a global network of computers and other electronic devices that communicate with each other.  Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

## GAB BACKGROUND[1]

7.      Gab was launched on August 15, 2016, in private beta, billing itself as a "free speech" alternative to social networking sites Twitter and Facebook.  Co-founder and CEO Andrew Torba has cited "the entirely left-leaning Big Social monopoly" and an alleged bias against conservative articles by Facebook as his reasons for creating the site. Gab AI, Inc. was incorporated on September 6, 2016.  Gab is an English-language social media website known for

---

[1] Taken from https://en.wikipedia.org/wiki/Gab_(social_network)

its far-right user base. The site has been widely described as a "safe haven" for extremists including neo-Nazis, white supremacists, and the alt-right.

8.      The site was launched officially in 2017 and claimed to have almost 1,000,000 registered user accounts by July 2019. It primarily attracts far-right and alt-right users who have been banned from other social networks.

9.      In February 2019, Gab launched Dissenter, a browser extension and website that allows Gab users to make comments on content hosted on any website via an overlay visible only to those logged into Dissenter or using the extension, and thus bypass their individual moderation practices. In April 2019, Dissenter was removed from the Firefox Add-ons website and the Chrome Web Store for violation of their policies. In July 2019, Gab switched its software infrastructure to a fork of Mastodon, a free and open-source social network platform. Mastodon released a statement in protest, denouncing Gab as trying to monetize racism under claims of free speech.

## PROBABLE CAUSE

10.      Your affiant is aware that the National Center for Missing and Exploited Children ("NCMEC") is a national clearinghouse for law enforcement of images of child pornography that are collected in the course of child sexual exploitation investigations. A CyberTipline Report is typically sent by an Internet hosting company or web hosting company to NCMEC when it suspects that its services are used to host images of child pornography.

11.      On or about 06/25/2019, Gab AI, Inc. (ESP) reported to the NCMEC that on 06/24/2019 23:00:00 UTC Gab user "natsat" uploaded one image depicting the sexual exploitation of a child.  The received information was captured in NCMEC CyberTipline Report

51165957, and further provided the Gab user's URL as gab.com/natsat. The report also indicated the ESP had viewed the entire contents of the file uploaded.

12. On 09/09/2019, I reviewed the image pertinent to CyberTipline Report 51165957 and observed two nude pre-pubescent females posed such that both females' genitalia are exposed.

13. On or about 06/25/2019, the ESP reported to the NCMEC that on 06/24/2019 23:00:00 UTC Gab user "natsat" uploaded 30 images depicting the sexual exploitation of children. The received information was captured in NCMEC CyberTipline Report 51133155, and further provided the Gab user's URL as gab.com/natsat. The report also indicated the ESP had viewed the entire contents of the files uploaded.

14. On 09/09/2019, I reviewed the images pertinent to CyberTipline Report 51133155 and observed all images to depict the sexual exploitation of children. As examples:

    a. A file titled bz-5d0df7d57a9d8.jpeg depicts a nude pre-pubescent female who appears to be about 5 years of age on her back with her legs spread exposing her genitalia.

    b. A file titled bz-5d0e0d4ae9f74.jpeg depicts a nude female of toddler age on her stomach being simultaneously penetrated both vaginally and anally by two adult male penises respectively.

    c. A file titled bz-5d0e0b335d5f4.jpeg depicts a female of toddler age with an adult male penis in her mouth.

15.     A 2703(f) Request for Preservation of Records letter was sent to the ESP on 09/09/2019 to preserve all account data for Gab user natsat.

16.     Information stored in connection with a Gab account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, ESP user account information, IP log, stored electronic communications, and other data retained by the ESP, in this case Gab AI, Inc., can indicate who has used or controlled the ESP account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, communications, photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Gab account at a relevant time.  Further, ESP account activity can show how and when the account was accessed or used.  For example, ESPs typically log the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.  Last, ESP account activity may provide relevant insight into the ESP account owner's state of mind as it relates to the offense under investigation.  For example, information on the Gab account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a criminal plan) or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

6

17.     Therefore, the computers of Gab AI, Inc. are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Gab, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

18.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Gab AI, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

19.     Based on the forgoing, I request that the Court issue the proposed search warrant.

20.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated."

21.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

22.     The government will execute this warrant by serving the warrant on Gab AI, Inc. Because the warrant will be served on Gab AI, Inc, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

*s/ Adam L. Krob*
Adam L. Krob
Special Agent
Federal Bureau of Investigation

**Sep 10, 2019**

SUBSCRIBED and SWORN before me this _____ day of _____September___  2019

UNITED STATES MAGISTRATE JUDGE
**Kathleen M. Tafoya**
**United States Magistrate Judge**

Application for search warrant was reviewed and is submitted by Julia Martinez, Assistant United States Attorney.

8