| Return |||
|---|---|---|
| Case No.:<br>19-SW-05874-KMT | Date and time warrant executed:<br>09/10/2019 12:48 PM | Copy of warrant and inventory left with:<br>VIA EMAIL, PRESTON BYRNE |
| Inventory made in the presence of :<br>VIA EMAIL, PRESTON BYRNE, LEGAL COUNSEL, GAB AI, INC. |||
| Inventory of the property taken and name of any person(s) seized:<br><br>ACCOUNT INFORMATION FOR THE GAB ACCOUNT ASSOCIATED WITH USERNAME natsat AT gab.com/natsat. ACCOUNT INFORMATION WAS RECEIVED IN A DIGITAL FILE VIA EMAIL. |||

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:30 am, Oct 01, 2019
JEFFREY P. COLWELL, CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/01/2019

_Executing officer's signature_

ADAM L. KROB, SPECIAL AGENT
_Printed name and title_